## Wholesale Liquor License of Gideon Markle and Samual L. Culp. Appeal of Gideon Markle et al.

Argued May 27, 1895. Appeal, No. 27, July T., 1895, by Gideon Markle and Samuel L. Culp from order of Q. S. Northumberland Co., Feb. T., 1895, No. 76, refusing to grant a wholesale liquor license. Before GREEN, WILLIAMS, McCOLLUM, DEAN and FELL, JJ. Affirmed.

Application for a wholesale liquor license.

The application was refused, SAVIDGE, P. J., filing an opinion, which appears in Thomas's Appeal (next preceding case.)

PER CURIAM, June 3, 1895:

This case is the same in substance as the case of Thomas and

Mackert just decided and for the reasons there stated we affirm the decree of the learned court below.

Decree affirmed and appeal dismissed at the cost of the appellants.